FILED

## UNITED STATES DISTRICT COURT 2013 APR 29 PH 2:17
## MIDDLE DISTRICT OF FLORIDA

~~Jacksonville~~ Division     ~~AMENDED COMPLAINT~~ "Amended Complaint"

CLERK, US DISTRICT COURT
JACKSONVILLE FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

Herbert Demond York #302769     CASE NUMBER: 3:13-cv-00359-mmh-JBT
                                (To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and
prison number, if applicable)             "DEMAND FOR JURY TRIAL"

v.

Barry Reddish; Christopher Jackowski;     "each defendant's are being
Mark Curtis; Sidney noble                  sued in their individual
Nathan Aldridge; Sholen Browning;          capacities."
lebrent, bracey,

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).

_____

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   <u>PLACE OF PRESENT CONFINEMENT:</u> Union Correctional Institution 7819 North
                                (Indicate the name and location)
     West 228th Street Raiford, Florida 32026

II.  <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Exhaustion of administrative remedies is
     required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
     or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
     administrative grievance process was not completed prior to filing this lawsuit may be subject
     to dismissal.

III. <u>PREVIOUS LAWSUITS:</u>

DC 225 (Rev 2/2012)                    1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( ✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

    Plaintiff(s): Herbert Demond York #302769

    Defendant(s): Hicks, chestnut, Bailey, Harper, lewis, Oliver, Garca, Rules and S. Wilson.

    2. Court (if federal court, name the district; if state court, name the county):

    Middle District District of florida, Jacksonville Division

    3. Docket Number: 3:08-cv-945-TJC-JRK

    4. Name of judge: N|A

    5. Briefly describe the facts and basis of the lawsuit: The plaintiff was subjected to excessive force by the above officials.

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): The case was dismissed because the plaintiff failed to amend his complaint

    7. Approximate filing date: Oct 1, 2008

    8. Approximate disposition date: August 24, 2009

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

(see con page of III. 2-A)

. III.  Second Lawsuit:

    1. Parties to previous action:

      (a) Plaintiff(s): Herbert D. York

      (b) Defendant(s): F. Chestnut, J. R. Harris; J. Kelly; J. Nash and P. H. Christie

    2. District and judicial division: Middle District of Florida, Jacksonville Division

    3. Name of Judge: Unknown  Case # 3:10-CV-920-J-32TEM

    4. Approximate Filing date: October 5, 2010

    5. If not still pending, date of dismissal: N/A

    6. Reason for dismissal: N/A

    7. Facts and claims of case: The plaintiff was subjected to excessive force by the above officials.

Third Lawsuit:

    1. Parties to previous action:

      (a) Plaintiff(s): Herbert D. York

      (b) Defendant(s): R. Metz, E. Jackson, E. Williams, M. Brown, J. Combs, J. Mosley, B. Whitehead and B. Reddish.

    2. District and judicial division: Middle District of Florida, Jacksonville Division

    3. Name of Judge: Unknown  Case # 3:12-CV-630-J-99MMH-JBT

    4. Approximate Filing date: 5-29-12

    5. If not still pending, date of dismissal: N/A

    6. Reason for dismissal: N/A

    7. Facts and claims of case: The plaintiff was subjected to excessive for and deprivation of life's basic necessities by the defendants.

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_All_ _filed_ _cases_ _been_ _cited_ _on_ _page_ (2) _and_ (2.A).

_____

_____

IV.   <u>PARTIES</u>:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Herbert Demond York #B02769

Mailing address: Union Correctional Institution 7819 N.W. 228th Street Raiford, Florida 32026

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: Barry Reddish

Mailing Address: lawtey Correctional Institution 22298 N.E. County Road 200B lawtey Florida 32058

Position: Warden

Employed at: lawtey Correctional Institution

D.   Defendant: Christopher Jackowski

Mailing Address: union Correctional Institution 7819 N.W. 228th Street Raiford, Florida 32026

DC 225 (Rev 2/2012)                                    3

Position: Captain

Employed at: Union Correctional Institution

E.  Defendant: Nathan Aldridge

Mailing Address: Union Correctional Institution 7819 N.W. 228th

Street Raiford, Florida 32026

Position: Sargeant

Employed at: Union Correctional Institution

F.  Defendant: Shalen Browning

Mailing Address: Union Correctional Institution 7819 N.W. 228th

Street Raiford, Florida 32026

Position: Officer

Employed at: Union Correctional Institution

G.  Defendant: lebrenti bracey

Mailing Address: Union Correctional Institution 7819 N.W. 228th

Street Raiford, Florida 32026

Position: Officer

Employed at: Union Correctional Institution

**D.** Defendant: MARK Curtis

Mailing Address: (LAST KNOWN ADDRESS) UNION Correctional Institution

7819 N.W. 228th street Ra.Ford, Florida 32026

Position: Lieutenant

Employed at: (LAST KNOWN) Union Correctional Institution

**E** Defendant: Sidney Noble

Mailing Address: (LAST KNOWN) Union Correchonal Institution 7819 N.W.

228th Street Ra.Ford, Florida 32026

Position: Lieutenant

Employed at: (LAST KNOWN) Union Correctional Institution

**6.** Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V. <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

the Actions of defendants noble, Aldridge, bracey and Browning curtis and Jablonski, and harry Reddish in placing Plaintiff on property restriction status and having Plaintiff sprayed with chemical agents for filing Grievances and lawsuits against (Tdoc) staffs constituted Retaliations for petitioning the government for Redress of grievances in violation of Plaintiff 1st. And 8th and 14th U.S. Constitutional.

VI. <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>Do not make any legal arguments or cite any cases or statutes.</u> State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I contend on September 1, 2012 I was housed in cell-U3113 at union correction Institutional (u.c.I) inpatient mental health transitional care unit undergoing intensive treatment for my psychological and emotional disorders. I contend at approximately 8:30 a.m. defendants Aldridge, bracey and browning entered quad(s) of U-dorm where I was housed And announced to all the inmates that each one must come out for their medical vital signs which was a discretionary act. As each inmate we getting their vital signs done or taken, defendants bracey, browning And F. Crews

V.

## STATEMENT OF CLAIMS

1. Defendant(s). Aldaige, Bracey, Browing And Noble Actions in Placing Plaintiff on Property Restriction Status for unjustifiable Reasons depriving Plaintiff of his legal documents, Personal Property Mattress, Pillows, blanket, sheets, clothes, hygienes, And comfort items was done with A maliciously And sadistically intent to cause harm to Plaintiff to have Plaintiff gassed with chemical agents due to (Retaliation) in violation of Plaintiff 1st 8th And 14th U.S. constitution act in in bad faith gross negligence in violation of 768.28 F.S. And in violation of 944.35 F.S. And action constitute the tort of assault And battery in violation of 775.803-4 F.S. And violated (Fdoc) own Rules 33-208.002 (8) Policy.

(2). Defendant(s) curtis And Jakowski Actions in directing And supervising the unjustifiable use of chemical agents inside A tcu unit upon And against Plaintiff was done with A vindictiveness, wantonly, with A maliciously And sadistically intent to cause harm act in bad faith gross negligence in violation of Plaintiff 1st 8th And 14th U.S. constitutional in violation of 768.28F.S. And 944.35 F.S. constitute the tort of assault And battery in violation of 775.803-4 F.S. And violated (Fdoc) own Rules 33-208.002 (8) Policy And 33-602.210 (19) Policy.

(3). Defendant(s) Aldaige, curtis, And noble Actions in failing to intervene such misconduct of sgt caraspuillio from using unjustifiable excessive use of force upon And against Plaintiff was done with A maliciously And sadistically intent to injury Plaintiff with great bodily harm with disregard of Plaintiff human Rights act in bad faith gross negligence with ommissions in violation of 768.28 F.S. And 944.35 F.S. in violation of Plaintiff 1st 8th And 14th U.S. constitution constitute the tort of assault And battery in violation of 775.803-4 And (Fdoc) own Rules 33-602.210 (19) Policy.

V.

## STATEMENT OF CLAIMS

(4). Defendant Reddish Actions failing to properly supervise, manage, discipline and/or reassign abusive correctional officials in light of the widespread abuse of prisoners in general and few inmates allowing chemical agents to be use on few inmates in particular with direct knowledge (doc) own rules such chemical agents uses violated (doc) own rules in violation of 33-602.210(19) Policy Act in bad faith gross negligence in violation of 768.28 F.S. And in violation of Plaintiff 1st. 8th and 14th U.S. constitution in action And action constitute the tort of Assault And battery in violation of 775.803-4 F.S. upon Against Plaintiff by authorizing such chemical Agents to be utilize on Plaintiff

(5). Defendant Reddish Actions in failing to curb his lower ranking officers from complying with the unwritten policies or customs of physically abusing inmates for retaliatory Acts And/or for torturous And retaliation tool by/way of using property restriction status As A torturous means by approving such his conduct constitute deliberately indifference in violation of Plaintiff 8th And 14th U.S. constitution and (doc) own rules 33-208.002(8). Act in bad faith gross negligence in violation of 768.28 F.S.

(6). Defendant(s) Aldrige, bracey, browning in taking and/or destroying Plaintiff legal materials And personal property without due process of law or compensation was done deliberately negligently And wantonly in violation of Plaintiff 1st, 4th And 14th U.S. constitution constituted the tort of negligence deprivation of property And other related laws under the state of florida.

(7). All defendant(s) Actions violated Plaintiff equal protection of law under the 14th U.S. constitution and was outside the scope of their each employement under color of state law and they still continue to Act under color of state law As this complaint are been filed.

## STATEMENT OF FACT

search their cells, removing items and trashing items. sometimes thereafter, I was placed into handcuffs and was removed from my cell for my vital signs to be taken. At this time browning and c/o crews entered my cell for a cell search. defendant bracey also entered my cell shortly after them. once the cell search was completed I was return to my cell. Upon entering the cell I notice that all of my legal property had been removed from the envelopes and was strewn around the cell. I then search around my cell for my ink pens and legal documents I was comprising prior to existing my cell so I could reorganize and store my property back into the locker. I then discovery that my ink pens and numerous pages of legal documents relating to two pending lawsuits against v.c.o officials were missing from my cell. then I summoned the attention of defendant bracey and demanded that they return my ink pens and legal documents. c/o bracey replied "write it up" and further stated, "stop bitching and shut the fuck up! I'm tired of hearing you cry like a bitch!" when I inform him that I'll write it up and then

VII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

PLEASE REVIEW RELIEF SOUGHT ON PAGES 7 A-B).

## STATEMENT OF FACTS CONTINUATION

continued to demanded the return of my property, defendant Bracey stated, "if you don't shut the fuck up, then I'll take the rest of your property and strip you." At that time I call out several times for defendant sgt N. Aldridge, but instead, defendants Bracey and Browning approach my cell, defendant Browning then threaten to placed me on strip and threw away my property because of my lawsuits thats an ongoing against his friends. c/o Nash, Kelly, and Harris; he further threaten to have me gassed if I don't let my lawsuits go. defendant Aldridge then re-entered the quad and I summoned him over to my cell to inform him of my stolen property. after apprising him of the theft, Aldridge replied I got what I deserved. defendant Browning interrupted Aldridge and ordered me to submit to handcuffing so that he could placed me on 72 hours property restriction. Property restriction is a security status that an inmate is placed on for a minimum of 72 hours in which all my personal property, clothing, bedding, LINEN and comfort items are removed from a inmate cell, thereby leaving me in only a pair of boxer shorts. I then refused to cuff up out of fear that I'll be physical assaulted by the defendants. thereafter, defendant noble arrived to my cell after being summoned by Aldridge and ordered me to cuff up because I was been placed on strip status! I inform defendant noble that Aldridge, Bracey, and browning wanted to placed me on property restriction out of retaliation for my ongoing lawsuits and for me demanding the return of my legal documents, and ink pens. defendant noble responded to me byway of saying that I'm going on strip anyways because he gots to back his officers. I then reluctantly submitted to handcuffing and was removed from my cell whereby Bracey and Browning entered my cell, search it again and then removed all my property, mattress, pillow, blanket, linen, clothing and comfort items. I was then return to my cell and my pants were also taken, only leaving me with a pair boxer and my prescription eye-glasses. afterwards defendant Browning told me that they would destroy some of my property because of grievances and lawsuits I had previously

p(6).

STATEMENT OF FACTS continuation

filed against his friends. Browning made finather threats to me that I'll be gassed to teach me Alessono on sameday during feeding lunch meals, defendant Bracey refused to provide me with any meal at lunch-time even though I inform him I wanted to eat. When Nurse R. Seay made her routine medical rounds in quad 3 I attempt to consult with her about some medical issues but defendant Bracey told me to shut the fuck up and that he was going to get some hot sauce (chemical agents) on my ass. Approximately ten minutes later, defendants Lt. M. Curtis and C. Jakowski approach my cell and directed me to cuff up so my cell could be search for a weapon I was accused of possessing by Bracey and browning and Aldridge, but I refused to cuff up! I then inform them that I was not cuffing up because my cell had been search two times and that I'm in fear for my life and been physical assaulted. Defendant Curtis replied, "well then you can take the ass whipping like a man or get some gas." I then demanded that the handheld camera be brought to my cell before I exit it so that no form of attack would be attempted. Defendant Curtis and Jokowski returned to my cell with a caniser of chemical agents and Sgt. H. Carasauillio. Although defendant Jakowski order me to submit to handcuffing prior to the direction to administer chemical Agents I was gassed with a (3) second burst of OC pepper spray by Sgt. Carasquillio upon order of Capt. Jakowski even though I didn't have notweapon in my cell nor possession nor one capable of causing harm or injury to myself or staffs. I only had a staple that was left inside my cell after the two cell searches which I use to put some stratches on my cell door window prior to defendants Curtis and Jakowski showed up. As a direct and proximate cause of the use of chemical agents on me I began experience numerous effects of the pepper spray, such as tearing involuntary closing of the eyes, nasal, discharge respiratory, distress, sneezing disoreintation and tremendous burning pains. A couple of minutes later I began pleading to be let out my cell for a shower because my body felt like it was on fire. Because I only had on a pair boxer

## STATEMENT OF FACTS CONTINUATION

The PEPPER SPRAY got all over my chest, face, hair, legs and crotch Areas. defendants Aldridge, curtis, noble failure to protect me from the unnecessary And vindictive use of chemical Agents was done with deliberately indifference, negligence And with A maliciously And sadistically intent for the very purpose of causing harm to me in violation of 33-404.104-08 policy And 33-208.002.(8) policy, And 33-602.210.(19) policy. Each defendants could have took protective measure. Approximately (3) minutes later I was allow to cuff up and exit my cell for a cold water shower. After the shower my pains And suffering increased twofold, I was then examined by nurse And was return to my cell, upon reentering my cell I notice that there was still chemical Agents on the walls, sink, toilet, bunk, window And both bunks. After the inmate orderlies was suppose to have clean And decontaminated the cell. on information and belief the officers who was supervising the orderlies told them just mop the floor and not wipe anything down. therefore the cell was not properly decontaminated. Accordingly to policy of (doc) because I did not have Anythings to clean the remaining PEPPER SPRAY off my bunks, sink, toilet And walls I was compelled to live And lie on this contaminated cell for over four (4). days until I get some soap And materials to clean my cell. during the (4) days I was on strip the burning pains And suffering was constant and kept recurring because of the Active pepper and had continued for a few days after I was removed from property restriction status. As a direct And proximate result of me been placed on property restriction I was force to sleep on cold concrete bunk that cause me extreme discomfort And bodily Aches. furthermore because the cells have cold air blowing out the vents I was shivering And burning from the PEPPER SPRAY the only thing that I had to keep me warm was the burning PEPPER SPRAY. In order to cover-up the retaliation And the unnecessary use of chemical Agents And Property restriction, defendant Aldridge wrote me two false disciplinary reports for destruction of state property

P.(6)

## STATEMENT OF FACTS CONTINUATION

And possession of a weapon on 9-1-12 which I was later convicted of and sentenced to a total 120 days in d/c status with 60 days loss of future gain time and restitution in amount of 50$ dollars. Defendant Jankowski participated and acquiesced in the behavior of his subordinates with full knowledge that the use of force and property restriction was unnecessary to maintain or restore order of the (few unit) because such action were unwarranted. Furthermore defendants Aldridge, Bracey, Browning, Noble, Curtis and Jankowski all act in bad faith gross negligence with a maliciously and sadistic for the very sole purpose to cause me harm with wanton and willful to disregard all my human rights. Thereafter, on September 5, 2012 between 1:PM. — 2:30 P.M. defendant Aldridge and c/o Johnson came to my cell with a cart that had a mat, bedroll blanket (2) sheets and a pillow case). And a plastic bag of property. I submitted to handcuffing and briefly exit my cell while an inmate orderlie placed the property, mat, bed roll inside my cell. At that time I notice that some of legal documents were torn and that other property items was missing. Afterwards I asked Aldridge where was the rest of my property? Aldridge replied, this property was upstairs in Lt. Kilgore office, the rest of your property was sent to the property room. I then submit and inmate request to the property room sgt. S.K. Watts on delivering me my property that was taken on 9-1-12 which sgt. S.K. Watts responded back indicating that there was no property stored on 9-1-12. I then discovery defendants Bracey, Browning and Aldridge had deprived me of the following property items. Approximately (747) pages of legal documents. One book titled, legal brief if you can use if you're charged w/driving without a license one Pro se handbook; one book titled "Maritme Jurisdiction of courts exposed." One black's law dictionary, one thesaurus; one protecting your health and safety book. One bed book; one consumer action handbook; one criminal laws in a nutshell book; one prisoners self help litigation manual, one federal rules of civil procedure book; one anti-sovereign book to judges; one hebrew bible; one Quran; one photocopy of florida constitution; twelve legal pamphlets; about (50) personal and legal letters; one long pen set top and bottom, (45) forever postage stamps; 25 small white envelopes; one pack of writing paper; one dry idea deoderant; and approximately (75) pages of miscellaneous documents. All above property items was never return nor compensated back.

see continuation

pages 7 A - B relief sought

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___25___ day of ___April___, 20_13_.

_(signature)_

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the ___25___ day of ___April___, 20_13_.

DC 225 (Rev 2/2012)

# Relief Sought continuation

(1). Defendant(s) Reddish, Jackowski, Curtis, Noble, Aldrige, Bracey and Browning are sued 250.000.00. separate and jointly in their each individually capacity under color of state law for Plaintiff physical and emotional injuries in violation of Plaintiff 1st 8th and 14th U.S. constitution that Plaintiff sustained as a result of retaliation, property restriction and use of chemical agents

(2). Defendant N. Aldrige are sue 100.000.00. for Plaintiff physical, psychological and emotional injuries Plaintiff sustained from been gassed with chemical agents and been placed on property restriction are sued in his individual capacity under color of state law in violation of Plaintiff 1st 8th and 14th U.S. constitutional.

(3). Defendant Bracey are sue 100.000.00. for Plaintiff physical, psychological and emotional injuries Plaintiff sustained from been gassed with chemical agents and been placed on property restriction are sued in his individual capacity under color of state law in violation of Plaintiff 1st 8th and 14th U.S. constitutional.

(4). Defendant Browning are sued 100.000.00. for Plaintiff physical, psychological and emotional injuries Plaintiff sustained from been gassed with chemical agents and been placed on property restriction are sued in his individually capacity under color of state law in violation of Plaintiff 1st 8th and 14th U.S. constitutional.

(5). Defendant Curtis are been sued 200.000.00. for Plaintiff physical, psychological and emotional injuries Plaintiff sustained from been gassed and placed on property restriction are been sued in his individual capacity under color of state law in violation of Plaintiff 1st 8th and 14th U.S. constitutional.

VII.

## Relief sought continuation

(6). Defendant noble are been sued 300.000.00. for plaintiff physical and psychological and emotional injuries plaintiff sustained from been gassed and placed on property restriction are been sued in his individually capacity under color of state in violation of plaintiff 1st 8th and 14th U.S. constitutional and for failing to intervene

(7). Defendant Jakowski are been sued 400.000.00. for plaintiff physical and psychological and emotional injuries plaintiff sustained from been gassed and placed on property restriction are been sued in his individually capacity under color of state law in violation of plaintiff 1st, 8th and 14th U.S. constitution and for failing to intervene

(8). Defendant Reddish are been sued 500.000.00. for plaintiff physical and psychological and emotional injuries plaintiff sustained from been gassed and placed on property restriction at defendant Reddish authoration are been sued in his individually capacity under color of state law in violation of plaintiff 1st 8th and 14th U.S. constitutional

(9). Plaintiff requesting that all defendants pay all court fees and legal fees in this action and attorney fees and medical fees.

(10). Plaintiff seeking punitive damage to be assessed against each defendant 50.000.00 each and jointly.

(11). Plaintiff requesting appointment of counsel in this action after summary judgment stage.

(12). Plaintiff requesting federal and state indictments against all defendants in this action.

# SWORN AFFIDAVIT

STATE OF FLORIDA )
)
COUNTY OF Union )

I HEREBY DECLARE: that I Frank James while housed in
U dorm cell 3107 at 'bin 2 I while standing at my door
observed officers Browning & Gray carrying the property out of
the cell of Huibeat York and also heard C/o Browning saying
that the property of Mr York would be destroyed for Inmate
York writing grievances and filing lawsuits against his friends
And that the lawsuits would not go too far because
Mr York documents would be taken and trashed.
Threats were also made towards Mr York about teaching
him a lesson via chemical agent application. Later on that
day on September 1, 2012, chemical agents were used against
Mr York as retaliation and without any justifiable and penalog-
ical reason
This statement was made voluntarily and without coercion

## WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
## PURSUANT TO FLORIDA STATUTE 92.525 (2)

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and
the facts stated therein are true and correct.

Executed on this __2__ day of
September , 2012

Frank James #136939
Signature of Affiant
Frank James #136939

EXHIBIT
A

## SWORN AFFIDAVIT

STATE OF FLORIDA )
)
COUNTY OF Union )

I HEREBY DECLARE: My name is Eric Green DC#192172 and I was housed in cell#U3115 at Union Corr. Inst. on September 1, 2012. On this date, I observed Officers Browning and Bracey carrying Inmate York Herbert personal property out of his cell after placing him on property restriction vindictively. Ofc. Browning stated that when they finish with York's property, he would not have anything to sue anyone else with. Additionally, I heard him make several threats to burn York up with gas for harassing his friends with lawsuits, mentioning one particular one against Officers Nach, Kelly and Harris. He also told York that he wasn't going to get anywhere with it because everytime he try he will just take and trash his documents. Later that day, York was gassed for doing nothing that would warrant chemical agents.

This statement is being made freely and based on what I heard or observed on Sept. 1, 2012.

## WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
## PURSUANT TO FLORIDA STATUTE 92.525 (2)

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this 18 day of
September , 2012.

Signature of Affiant
Eric Green #198172
Union Corr. Inst.

EXHIBIT
B

## SWORN AFFIDAVIT

STATE OF FLORIDA    )
                    )
COUNTY OF UNION )

I HEREBY DECLARE: That on 9/1/12 I observed & witnessed Inmate York be retaliated upon by "A-Shift" officials including Senior Correctional Officers by bogusely being placed on strip, gassed w/ chemical agents as well as having his legal documents and majority of his personal property destroyed due to his continuous filing of grievances and his ongoing litigation in court against Union C.I. officials for violating his Constitutional Rights. Furthermore, Inmate York was deprived of both, his Lunch & Dinner meals on 9-1-12 (Saturday) and 9-2-12 by officers Browning & Bracey while he was on strip status and had been sprayed with chemical agents. Thus, exacerbating Inmates York physically & Psychologically whom had expressed his Mental pain, anguish & deterioration to me during these times. Note: All of the 4 meals that I/M York was deprived of during these times (9-1-12 & 9-2-12) were given to I/M Quentin Mack by ofc.'s Browning & Bracey who were housed next door to I/M York in cell # U3112 at the time. And all of this could be viewed on camera for proof.

### WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
### PURSUANT TO FLORIDA STATUTE 92.525 (2)

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this 2nd day of
September , 2012.

*Johnny Burgess*
Signature of Affiant
Union Correctional Inst.
7819 N.W. 228th Street.
Raiford, FL 32026-4000

EXHIBIT
C

## SWORN AFFIDAVIT

STATE OF FLORIDA )
                    )
COUNTY OF Union )

I HEREBY DECLARE: On 9-1-12 Around lunchtime C/O Browning and Bracey gave me (Quentin mack) Inmate york lunch tray. On 9-1-12 Around Dinner Time C/o Browning and Bracey gave me Inmate york Dinner tray. On 9-2-12 C/O's Browning and Bracey gave me Herbert york Lunch and Dinner Tray. please note that I was given An order to eat Herbert york Lunch and Dinner Tray on 9-1-12 and 9-2-12 These Tray's was given To me By C/O Browning and Bracey. This Statement is true and correct and no one has Paid me To write This Statement Im makeing This Statement Upon my own free will.

---

## WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
## PURSUANT TO FLORIDA STATUTE 92.525 (2)

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this 3 day of
September

Quentin mack
Signature of Affiant
7819 NW 228TH ST
Raiford Fl. 32026

EXHIBIT D